UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH A. STOEKLIN as agent
of MERLIN S. GAGLE,

CASE NO: 5:09-cv-449-OC-10 GRJ

    Plaintiff,

v.

UNIVERSAL PROPERTY & CASUALTY
INSURANCE CO and
SHELDON PALMES INSURANCE
INC.,

    Defendants.
_____/

## DEFENDANT SHELDON PALMES INSURANCE, INC.'s
## MOTION to DISMISS for INSUFFICIENCY of SERVICE of PROCESS

The Defendant, SHELDON PALMES INSURANCE, INC. (Sheldon Palmes) pursuant to Florida Rule of Civil Procedure 12(b)(5), moves this Court for an Order dismissing the Complaint for insufficiency of service of process and states:

1.    SHELDON PALMES is a Florida corporation doing business as an independent insurance agency in Homosassa, Citrus County, Florida. On October 21, 2009, a copy of a Summons with Complaint and exhibits was delivered to the offices of SHELDON PALMES and handed to Regina Greer, an employee who is a customer service representative for SHELDON PALMES.

2.    On October 21, 2009, Ms. Greer was not an officer or director of SHELDON PALMES nor was she the registered agent of said corporation or otherwise

authorized to accept any legal papers on behalf of SHELDON PALMES. An Affidavit of Regina Greer is attached to this Motion as **Exhibit "A."**

3.  James Chase Palmes is the President of SHELDON PALMES and is typically the corporate representative to be served with legal papers regarding SHELDON PALMES. Mr. Palmes has instructed all of his employees, including Regina Greer, that they are not authorized to accept service of process of any legal papers. Moreover, on October 21, 2009, Mr. Palmes has testified that Regina Greer was not an officer or director of SHELDON PALMES and was not authorized to accept service of process of any legal papers. An Affidavit of Mr. Palmes is attached hereto as **Exhibit "B."**

4.  The service on Ms. Greer is void since the Summons and Complaint were not handed to a proper person in accordance with Florida Rule of Civil Procedure 4(h)(1)(A) or (B). Accordingly, SHELDON PALMES seeks an Order Dismissing the Complaint for insufficiency of service of process. As additional authority for this Motion, SHELDON PALMES has filed with this Court a Memorandum of Law which is attached to this Motion as **Exhibit "C."**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **10th** day of **NOVEMBER 2009,** I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will

send a notice of electronic filing to KENNETH A. STOEKLIN, Acting by and for benefit of MERLIN S. GAGLE, P.O. Box 307, Crystal River, FL 34423.

kstoecklin1@tampabay.rr.com.

_____
**DONALD L. O'DELL, ESQ.**
FLB: 248932
*Meier Bonner Muszynski O'Dell & Harvey, P.A.*
37 North Orange Avenue
Suite 1100
Orlando, FL 32801
(407) 872-7774
(407) 872-7997 fax
dlo@fltrialteam.com
Counsel for Defendant SHELDON PALMES INSURANCE