UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH A. STOEKLIN as agent                    CASE NO: 5:09-cv-449-OC-10 GRJ
of MERLIN S. GAGLE,

      Plaintiff,

v.

UNIVERSAL PROPERTY& CASUALTY
INSURANCE CO and
SHELDON PALMES INSURANCE,
INC,

      Defendants.
_____/

## AFFIDAVIT

**STATE of FLORIDA**
**COUNTY of CITRUS**

    **BEFORE ME**, the undersigned authority, personally appeared **REGINA GREER**, and after first being duly sworn, deposes and states:

    1.    Affiant is over the age of 18 years, competent to testify and has personal knowledge of all matters stated herein.

    2.    Affiant is an employee of Sheldon Palmes Insurance, Inc., and was working as a customer service representative for that corporation on October 21, 2009. On that date, a man came into the agency and handed Affiant some papers, a copy of which is attached to this Affidavit as Exhibit "**A**."

DEFENDANT'S
EXHIBIT
A

3.    On October 21, 2009, Affiant was not an officer or director of Sheldon Palmes Insurance, Inc., nor has she ever held a position as officer or director of said corporation.  Affiant has never been authorized to accept any legal papers on behalf of Sheldon Palmes Insurance, Inc.  Affiant has been instructed that she should not accept any legal papers being served on Sheldon Palmes Insurance, Inc.

FURTHER AFFIANT SAYETH NAUGHT.

_____
**REGINA GREER**

**STATE OF FLORIDA**
**COUNTY OF ORANGE**

The foregoing instrument was acknowledged before me this 29th day of ___October___, **2009** by REGINA GREER, who is personally known to me or who has produced Drivers License as identification.

NOTARY PUBLIC-STATE OF FLORIDA
Kristen L. Etheridge
Commission # DD546885
Expires: MAY 01, 2010
Bonded Thru Atlantic Bonding Co., Inc.

_____
(Signature of Person Taking Acknowledgment)

_____
Kristen L. Etheridge
(Name typed, printed or stamped)

**Affidavit of Regina Greer      09-1104        Page 2 of 2 Pages**