UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH A. STOEKLIN as agent
of MERLIN S. GAGLE,

CASE NO: 5:09-cv-449-OC-10 GRJ

    Plaintiff,

v.

UNIVERSAL PROPERTY & CASUALTY
INSURANCE CO and
SHELDON PALMES INSURANCE,
INC,

    Defendants.
_____/

## AFFIDAVIT

**STATE of FLORIDA**
**COUNTY of CITRUS**

    **BEFORE ME**, the undersigned authority, personally appeared **JAMES CHASE PALMES**, and after first being duly sworn, deposes and states:

    1. Affiant is over the age of 18 years, competent to testify and has personal knowledge of all matters stated herein.

    2. Affiant is President of Sheldon Palmes Insurance, Inc., a Florida corporation located in Homosassa, Florida. As President, Affiant typically is the corporate representative served with any legal papers of lawsuits regarding Sheldon Palmes Insurance, Inc. Affiant has specifically instructed all of his


DEFENDANT'S EXHIBIT B

employees, including Regina Greer, that they are not authorized to accept service of process of any legal papers.

OCT 21 2009

3. On ~~August~~ 21, 2009, Affiant was handed a Summons and Complaint with attachments by Regina Greer, an employee of Sheldon Palmes Insurance, Inc. Ms. Greer explained to him that she had been handed the documents a moment earlier by a man. Regina Greer is not an officer or director of the corporation known as Sheldon Palmes Insurance, Inc.

4. Affiant was not handed Exhibit "A" by any process server or any other person nor was any other officer or director of Sheldon Palmes Insurance, Inc. served with Exhibit "A."

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAMES CHASE PALMES

**STATE OF FLORIDA**
**COUNTY OF ORANGE**

The foregoing instrument was acknowledged before me this 29th day of October, 2009 by JAMES CHASE PALMES, who is personally known to me or who has produced Drivers License as identification.

NOTARY PUBLIC-STATE OF FLORIDA
Kristen L. Etheridge
Commission # DD546885
Expires: MAY 01, 2010
Bonded Thru Atlantic Bonding Co., Inc.

_____
(Signature of Person Taking Acknowledgment)

Kristen L. Etheridge
(Name typed, printed or stamped)

**Affidavit of James Chase Palmes**   09-1104      Page 2 of 2 Pages