FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

2009 NOV 19  AM 11: 11

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

KENNETH A. STOECKLIN, in his
  contracted capacity as Power
  of Attorney in fact
     Plaintiff

vs                                        Case No. 5:09-cv-449-OC-10GRJ

UNIVERSAL PROPERTY & CASUALTY  INSURANCE CO.
and
SHELDON-PALMES INSURANCE, INC.
     Defendants

---

### JUDICIAL NOTICE

---

COMES NOW the Plaintiff, KENNETH A. STOECKLIN, to issue Judicial

Notice to this Honorable Court, the Clerk of Courts, and Defendant Universal..

Plaintiff summarizes his Tuesday, **November 17, 2009**:

1. Post Office mail received about noon.  Mail included copy of this Court's

Order of (Friday) **November 13, 2009** which **Denied** Plaintiff's Motion for Entry

of Clerk's Default, dated **November 10, 2009**, which was supported by

Plaintiff's **Affidavit** dated **November 10, 2009** noting   *"...to this date,  No*

*Answer to Complaint or Rule 12 Motion has been received from UNIVERSAL"*.

2.    Said ORDER  (Doc. 7)  notes:  "However, a review of the docket reveals

that on November 3, 2009, Universal timely filed its Motion to Dismiss For Lack

of Subject Matter Jurisdiction (Doc. 3)." Said ORDER closed with   "DENIED".

3.      Plaintiff drove from Crystal River to Ocala for review of Court Records.

4.      At approximately 3 p.m. November 17, 2009, Plaintiff arrived at the Clerk

of Court's Office and requested information on subject Docket.     Directed to

computer facility of the Clerk of Court's office, Plaintiff examined and requested

copy of Doc. 3, which noted  on  Page 5, "CERTIFICATE OF SERVICE":

"I  HEREBY CERTIFY that on the 3rd day of November, 2009, I
electronically filed the foregoing with the Clerk of the Court by using the
EM/ECF System which will send a Notice of Electronic Filing to the following:
Kenneth A. Stoecklin,as Agent for Merlin Gagle, Post Office Box 307,
Crystal River, Florida 34423".
                        /s/ Richard B. Doyle, Jr.

5.       The Clerk's Deputy, after delivering copies requested, asked Plaintiff if

he had been "served".  Plaintiff answered "No".  Check with Deputy.

6.       To this date, Plaintiff has not been properly served with Universal's

(Doc. 3) Motion to Dismiss,  by mail or e-mail.

                    Respectfully submitted,

                    _Kenneth A. Stoecklin_

                    KENNETH A. STOECKLIN, in his contracted capacity
                    of Power of Attorney for Merlin S. Gagle.
                    P.O. Box 307, Crystal River, Florida 34423
                      Phone 352-795-5980
                      e-mail:  kstoecklin1@tampabay.rr.com

                    CERTIFICATION

I hereby certify that a copy of the within Judicial Notice was mailed November
_18_ 2009 to Richard B. Doyle, Jr., Loughren & Doyle, P.A. 506 S.E. Eighth
Street, Fort Lauderdale, Florida 33316, alleging the Court as Counsel for
Universal Property & Casualty Insurance Co.

                    _Kenneth A. Stoecklin_