UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:09-CV-449-OC-10GRJ

KENNETH A. STOECKLIN, as Agent of
MERLIN S. GAGLE

    Plaintiff,

vs.

UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendant.

_____/

**UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY'S DISCLOSURE STATEMENT**

COMES NOW the Defendant, UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, by and through it undersigned counsel, and files this its Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and as such would state:

1.    Universal Property & Casualty Insurance Company is owned 100% by Universal Insurance Holding Company of Florida, Inc., a Florida corporation.

2.    Universal Insurance Holding Company of Florida, Inc. is owned 100% by Universal Insurance Holdings, Inc., a Delaware Corporation.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of December 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.  I further certify that I forwarded the foregoing document and the notice of electronic filing by US Certified Mail, return

receipt requested, (**Certified Article No.: 7009 0080 0001 4539 4640**), to the following non-CM/ECF participant:  Kenneth A. Stoecklin, as Agent for Merlin Gagle, Post Office Box 307, Crystal River, Florida 34423 and via CM/ECF system to Donald L. O'Dell, Esquire, Meier Bonner Mustzynski O'Dell & Harvey, P. A., 37 North Orange Avenue, Suite 1100, Orlando, Florida 32801.

/s/ Richard B. Doyle, Jr.
RICHARD B. DOYLE, JR.
Loughren & Doyle, P. A.
Attorneys for Defendant
506 Southeast Eighth Street
Ft. Lauderdale, Florida 33316
Telephone:	(954) 525-6006
Facsimile:	(954) 525-8012
Email:		efile@loughren-doyle.com