FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2009 DEC 15  AM 11: 36

CLERK, U.S. DISTRICT COURT
OCALA FLORIDA

KENNETH A. STOECKLIN, in his contracted
capacity as Power of Attorney
    Plaintiff

vs

Case No. 5:09-cv-449-OC-10GRJ

UNIVERSAL PROPERTY & CASUALTY INSURANCE CO.
and
SHELDON-PALMES INSURANCE, INC.
    Defendants

---

REPLY TO POSSIBLE MOTION TO DISMISS
BY UNIVERSAL PROPERTY & CASUALTY INSURANCE CO.

---

With the possibility of acceptance by this Court for purported "Motion to Dismiss" *in absence* of timely "*service*" on Plaintiff, and to avoid another surprise by Defendant's Counsel, Plaintiff submits the following as tentative "Reply".

1. Plaintiff drove 80 miles to Ocala, on November 17, 2009 to investigate the Court's Order of November 13, 2009 denying Plaintiff's Request for Clerk's Order of Default. At the Clerk's Office, Plaintiff purchased copy of Doc. 3, UNIVERSAL's "Motion to Dismiss", absent "service" on Plaintiff by UNIVERSAL.

2. UNIVERSAL's Motion to Dismiss is based on **"lack of subject matter jurisdiction based on "no diversity of citizenship"**, suggesting that jurisdiction would be in State of Florida Courts, citing numerous *suggestive Cases*, none *controlling*.

3. UNIVERSAL's Motion to Dismiss was absent required "**Statement of Disclosure**" (FRCivP 7.1) Plaintiff Noticed such absence and Counsel for UNIVERSAL promptly filed such Disclosure under date of December 2, copy served on Plaintiff; received December 7, 2009.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ISRAEL A. STROSNIDER, in his contracted capacity as Power of Attorney
Plaintiff

vs Case No. 5:09-cv-449-OC-10GRJ

UNIVERSAL PROPERTY & CASUALTY INSURANCE CO.
and
SHELDON-PALMES INSURANCE, INC.
Defendants

---

REPLY TO POSSIBLE MOTION TO DISMISS
BY UNIVERSAL PROPERTY & CASUALTY INSURANCE CO.

---

With the possibility of acceptance by this Court for purported "Motion to Dismiss" in absence of timely "Service" on Plaintiff, and to avoid altogether surprise by Defendant's Counsel, Plaintiff suggests the following alternative "Reply":

1. Plaintiff drove 80 miles round-trip on November 17, 2009 to investigate the Court's Order of November 13, 2009 denying Plaintiff's Request for Clerk's Order of Default. At the Clerk's Office Plaintiff purchased copy of Doc. 3, UNIVERSAL's "Motion to Dismiss" absent "Service" on Plaintiff by UNIVERSAL.

2. UNIVERSAL's Motion to Dismiss is based on lack of subject matter jurisdiction based on the diversity of citizenship, suggesting that jurisdiction would be in State of Florida Courts, citing numerous successive Cases, none controlling.

3. UNIVERSAL's Motion to Dismiss was absent required "Statement of Disclosure" (Rule 7.1). Plaintiff Noticed such absence and Counsel for UNIVERSAL promptly filed a Disclosure under date of December 2, copy served on Plaintiff received December 7, 2009.

4.   Said Disclosure Statement noticed that UNIVERSAL PROPERTY & CASUALTY INSURANCE CO. was a *totally owned subsidiary* of UNIVERSAL INSURANCE HOLDING CO. OF FLORIDA, INC., a Florida corporation. UNIVERSAL INSURANCE HOLDING CO. OF FLORIDA, INC. is a *totally owned subsidiary* of UNIVERSAL INSURANCE HOLDINGS, INC. a **Delaware** Corporation. This *inverse pyramid* of control destroys Counsel's argument of "diversity of citizenship" and VOIDS basis of Motion to Dismiss.

5.   If additional argument of **Delaware** "control" is necessary, corporate statistics reveal two members of the Board of Directors for these three and many other related corporations--- Bradley I. Meier, Director, and Reed J. Slogoff, Director.

6.   UNIVERSAL INSURANCE HOLDINGS, INC. (Delaware corporation) is listed on New York Stock Exchange as -Alt:UVE.

WHEREFORE, the Delaware corporation completes the "diversity jurisdiction" in the Federal Court System and nullifiies UNIVERSAL's "Motion to Dismiss".

Respectfully submitted,

*/s/ Kenneth A. Stoecklin*

KENNETH A. STOECKLIN, in his contracted capacity
of Power of Attorney for Merlin S. Gagle
P.O. Box 307, Crystal River, Florida 34423
Phone 352-795-5980
e-mail: kstoecklin1@tampabay.rr.com

## CERTIFICATION

I hereby certify that a copy of the within Document was mailed this 13th day of December. 2009, to Richard B. Doyle, Jr. P.A. 506 S.W. Eighth Street, Fort Lauderdale, Florida 33316.

*/s/ Kenneth A. Stoecklin*