FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2009 DEC 16 AM 11: 31

CLERK, U.S. DISTRICT COURT
OCALA FLORIDA

KENNETH A. STOECKLIN, in his contracted
capacity as Power of Attorney
    Plaintiff
vs                                        Case No. 5:09-cv-449-OC-10GRJ

UNIVERSAL PROPERTY & CASUALTY INSURANCE CO.
and
SHELDON-PALMES INSURANCE, INC.
    Defendants

---

REPLY TO MOTION TO DISMISS
BY SHELDON-PALMES INSURANCE, INC.

---

With the possibility of acceptance by this Court of purported "Motion to Dismiss", *in absence of timely "service" on Plaintiff*, Plaintiff submits the following as "Reply", presenting two arguments to <u>Deny</u> SHELDON-PALMES INSURANCE, INC. (hereafter "SHELDON") "Motion to Dismiss":

1.    "Service" on Defendant was proper.
2.    No timely or proper "Service" on Plaintiff, of Motion to Dismiss.

**DEFENDANT "SHELDON" CLAIMS:**

3.    The "Motion to Dismiss" by SHELDON dated November 10, 2009, is based <u>solely</u> on purported "service" of Complaint and Summons on unauthorized <u>employee</u> of SHELDON and not served on President James Chase Palmes, citing Florida Rule of Civil Procedure 12(b)(5) and Florida Rule of Civil Procedure 4(h)(1)(A) or (B).

Counsel for Defendant SHELDON, in Certificate of Service, certified that "I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system <u>that *will send a notice* of electronic filing</u> to KENNETH A. STOEKLIN...."

## PLAINTIFF RESPONDS CORRECTION

4. "Improper service" on SHELDON refers to a "service" on <u>October 21, 2009,</u> delivered to business office of SHELDON <u>*during office hours,*</u> after being advised that usual customer contact, Mr. Roger Sheldon, <u>corporate Vice President</u>, was absent from the office. See FRCivP 5 (b)(2)(B)(i). and attached EXHIBIT "Florida Dept. of State, Division of Corporations "Detail by Entity Name" for SHELDON-PALMES INSURANCE, INC." which lists **Roger Sheldon** as corporate Vice President.

5. To explain error in failure to "serve" Plaintiff with copy of Motion to Dismiss, Plaintiff (1) is NOT an affiliated member of the Clerk of Court's CM/ECF electronic program and (2) has NOT *consented in writing* for electronic service. (FRCivP 5 (b)(2)(E). This, alone, is sufficient for denial of SHELDON'S "Motion to Dismiss".

6. Defendant SHELDON *did NOT serve Plaintiff* with copy of SHELDON'S Motion to Dismiss dated <u>November 10, 2009</u>. Plaintiff purchased copy of SHELDON'S Motion to Dismiss (Doc 4) from the Clerk of Courts Office when investigating the Court's challenged Order of November 13, 2009.

Memorandum of Law in support of this Motion is attached and made part hereof.

Respectfully submitted,

*[signature]*

KENNETH A. STOECKLIN, in his contracted capacity
of Power of Attorney for Merlin S. Gagle
P.O. Box 307, Crystal River, Florida 34423
Phone 352-795-5980
e-mail: kstoecklin1@tampabay.rr.com

MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S REPLY TO
DEFENDANT SHELDON-PALMES' MOTION TO DISMISS

The singular issue in this Motion to Dismiss is "proper service" on Defendant SHELDON-PALMES INSURANCE, INC.

1. SHELDON alleges that Plaintiff's service was improper since it was not served on President, James Chase Palmes. Said Motion goes in great detail to explain that employees in the office are NOT authorized to accept legal service of documents. Said Motion does **NOT include** Roger Sheldon as an Officer (Vice President) of SHELDON-PALMES INSURANCE, INC. See attached EXHIBIT from Florida Division of Corporations.

2. Referenced Summons and Complaint was not served on employee Regina Greer, but clerk instructed to place on Mr. Sheldon's desk for his information. Said clerk mentioned that she would place envelope on Mr. Sheldon's desk for his return. Said clerk immediately went to Mr. Sheldon's office to deposit envelope

3. FRCivP 5 (b)(2)(B) "leaving it: (i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office..." This was done on October 21, 2009.

*[signature]*



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**   **Next on List**   **Return To List**                                   Entity Name Search

**No Events**   **No Name History**                                                             [ Submit ]

## Detail by Entity Name

### Florida Profit Corporation
SHELDON - PALMES INSURANCE INC.

### Filing Information

**Document Number** P97000022448
**FEI/EIN Number**   593440574
**Date Filed**       03/06/1997
**State**            FL
**Status**           ACTIVE
**Effective Date**   05/01/1997

### Principal Address

8469 W. GROVER CLEVELAND BLVD
HOMOSASSA FL 34448 US

Changed 01/13/2003

### Mailing Address

8469 W. GROVER CLEVELAND BLVD
HOMOSASSA FL 34448 US

Changed 01/13/2003

### Registered Agent Name & Address

PALMES, CHASE
4085 S ROOSEVELT PT
HOMOSASSA FL 34448 US

Name Changed: 04/08/1998

Address Changed: 01/07/2005

### Officer/Director Detail

**Name & Address**

Title P

PALMES, CHASE
4085 S. ROOSEVELT ST.
HOMOSASSA FL 34448

Title VP

SHELDON, ROGER
4131 S JEFFERSON PT
HOMOSASSA FL 34448

### Annual Reports

**Report Year Filed Date**

## CERTIFICATION

I hereby certify that a copy of the within Document was mailed this 15th day of December, 2009 to Donald L. O'Dell, Esq., Meier, Bonner, Muszynski, O'Dell & Harvey, P.A., 37 North Orange Avenue, Suite 1100, Orlando, FL 32801, listed on Motion as Counsel for Defendant SHELDON-PALMES INSURANCE.

*[signature]*