UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH A. STOECKLIN, in his
contracted capacity as Power of Attorney in
fact,

          Plaintiff,

-vs-                                    Case No. 5:09-cv-449-Oc-10GRJ

UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY, SHELDON-
PALMES INSURANCE, INC.,

          Defendants.
_____

**O R D E R**

Upon due consideration, this case is hereby referred to the United States Magistrate Judge to conduct such proceedings, if any, as he deems necessary to the making of a Report and Recommendation concerning Defendant Universal Property & Casualty Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 3), and Defendant Sheldon-Palmes Insurance, Inc.'s Motion to Dismiss for Insufficiency of Service of Process (Doc. 4).

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of December, 2009.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Hon. Gary R. Jones
Counsel of Record
Maurya McSheehy