UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH A. STOECKLIN, in his contracted
capacity as Power of Attorney in fact,

           Plaintiff,

v.                                              Case No.  5:09-cv-449-Oc-10GRJ

UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY, SHELDON-PALMES
INSURANCE, INC.,

           Defendants.
_____

## ORDER

Pending before the Court is Universal Property and Casualty Insurance Company's Request To Be Heard Regarding Plaintiff's "Judicial Notice" (Doc. 21).

Defendant filed a Motion To Dismiss For Lack of Subject Matter Jurisdiction on November 3, 2009 on the grounds that the Court does not have diversity jurisdiction because all of the Defendants and the Plaintiff are citizens of Florida. (Doc. 3.)  Plaintiff filed a response to Defendant's Motion To Dismiss titled "Reply To Possible Motion To Dismiss By Universal Property & Casualty Insurance Co." (Doc 15)   Without any further authorization from the Court Plaintiff then filed a document entitled Judicial Notice (Doc. 20), which included as attachments a print-out from the Texas Department of Insurance, a copy of an article from SC Insurance News Service, and a print-out from the Florida Department of Financial Services.  Defendant now requests permission to address Plaintiff's Judicial Notice (Doc. 20) either in writing or at a hearing.

Upon due consideration, Universal Property and Casualty Insurance Company's Request To Be Heard Regarding Plaintiff's "Judicial Notice is due to be **GRANTED**. Defendant, Universal Property and Casualty Insurance Company is granted leave to file a response to Plaintiff's Judicial Notice within **ten (10) days** of the date of this Order.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on February 2, 2010.

GARY R. JONES
United States Magistrate Judge

Copies to:
All Counsel
*Pro Se* Plaintiff