UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH A. STOECKLIN, in his
contracted capacity as Power of Attorney in
fact,

          Plaintiff,

-vs-                                                      Case No. 5:09-cv-449-Oc-10GRJ

UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY, SHELDON-
PALMES INSURANCE, INC.,

          Defendants.
_____

## O R D E R

On February 17, 2010, the United States Magistrate Judge issued a Report (Doc. 24) recommending that Defendant Universal Property & Casualty Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 3) be granted, and the Plaintiff's case be dismissed. The Plaintiff, proceeding *pro se*, has filed timely objections to the Report (Doc. 26), and the Defendant has filed a response to the objections (Doc. 27).

The Magistrate Judge suggests that the Plaintiff's case should be dismissed due to a lack of complete diversity of parties as required by 28 U.S.C. § 1332. The Plaintiff's objections do not challenge this ruling; instead the Plaintiff claims that the Defendant's motion is not "lawful" because the Defendant did not serve him with a copy of the motion to dismiss until fifteen (15) days after the Defendant electronically filed the motion with this Court. While this may be the case, it is also clear that the Plaintiff did have an opportunity

to file a response to the motion to dismiss, which the Magistrate Judge considered, along with other "Judicial Notice" documents and a second response filed by the Plaintiff (Docs. 15, 20, 23). Thus, the Plaintiff had ample opportunity to respond to the motion, and the two (2) week delay in service of the motion did not render the motion "unlawful" or invalid.

Accordingly, upon due consideration and an independent review of the case record, it is hereby ORDERED as follows:

(1) The United States Magistrate Judge's Report and Recommendation (Doc. 24) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;

(2) The Plaintiff's Objections (Doc. 26) are OVERRULED;

(3) Defendant Universal Property & Casualty Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 3) is GRANTED; and

(4) The Clerk is directed to enter judgment dismissing this case, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 25th day of March, 2010.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Hon. Gary R. Jones
             Maurya A. McSheehy